IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

APRIL THOMPSON,

    Plaintiff,

v.                                              No. 1:25-cv-00921-MIS-KRS

CITY OF ALBUQUERQUE PARKS
AND RECREATION,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE